IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| J. ANTONIO MARQUEZ MARTINEZ, § *Plaintiff* § § | | |
| v. § | CIVIL ACTION NO. _____ | |
| § | | |
| ANGELES TRANSPORTATION LLC § AND JOSE LUIS ROQUE § *Defendants* § | JURY DEMANDED | |

## PLAINTIFF'S ORIGINAL COMPLAINT

NOW COMES Plaintiff, J. ANTONIO MARQUEZ MARTINEZ, complaining of Defendants, ANGELES TRANSPORTATION LLC and JOSE LUIS ROQUE, and in support thereof would respectfully show the Court as follows:

### I. Venue and Jurisdiction

1. Plaintiff, J. Antonio Marquez Martinez, (hereafter "Plaintiff") is a resident of the State of Texas.

2. Defendant, Angeles Transportation LLC (hereinafter "Defendant Angeles Transportation"), is a corporation formed in and under the laws of the State of Utah and may be served with process through its registered agent, Leoncio Angeles, 5514 W. Townsend Way, Kearns, Utah 84118. Service of summons (with attached pleading) and thus proper notice of this legal proceeding is hereby requested.

3. Defendant, Jose Luis Roque (hereafter "Defendant Roque") is a commercial truck driver for Angeles Transportation LLC, and upon information and belief is a resident of the State of Utah. Mr. Roque may be served with process at his residence address of 1189 N. Redwood, #136, Salt Lake City, Utah 84116. Service of summons (with attached pleading) and thus proper notice of this legal proceeding is hereby requested.

4. The matter in controversy exceeds the sum or vale of $75,000, exclusive of interest and costs.

5. Diversity jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The motor vehicle accident, which is the subject of this complaint, occurred on November 20, 2018, in the County of Donley, State of Texas.

## II.  NATURE OF THE CASE

6. On or about November 20, 2018, Plaintiff, J. Antonio Marquez Martinez, was travelling westbound on US Highway 287, Donley County, Texas. Plaintiff was safely and lawfully operating a 2005 Freightliner tractor, towing a 2015 Hyundai trailer. At approximately the same time, Defendant Angeles Transportation's employee, Jose Luis Roque, acting within the course and scope of his employment, was operating Angeles' 2015 Freightliner towing a 2019 utility trailer ("tractor-trailer"). Roque was also travelling westbound on US Highway 287 and was directly behind Plaintiff in the outside travel lane. Defendant Roque failed to control his speed and suddenly, violently, and without warning, struck the vehicle operated by Plaintiff, causing him serious injuries.

7. At the time of the accident, Defendant Roque (a) was employed by the Defendant, Angeles Transportation LLC, (b) was driving a semi-trailer owned by the Defendant, Angeles Transportation LLC, and (c) was acting within the course and scope of his employment with Angeles Transportation LLC. At all times material to this incident, Defendant Roque had permission, either express or implied, to operate the Angeles Transportation tractor-trailer rig.

___

*J. Antonio Marquez Martinez v. Angeles Transportation LLC and Jose Luis Roque*
Plaintiff's Original Complaint
Page 2 of 7

### III. CAUSES OF ACTION

#### COUNT I – NEGLIGENCE OF DEFENDANT ROQUE

8. The allegations alleged in paragraph 1-7 are realleged and are incorporated herein by reference.

9. Defendant Roque was a professional driver and had a duty to exercise care in the operation of the semi-trailer, and he breached that duty of care by, *intra alia*:

   a. Failing to keep a proper lookout;

   b. Failing to take proper evasive action;

   c. Failing to operate his vehicle in a prudent and reasonable manner;

   d. Failing to maintain a proper speed and control under the circumstances; and

   e. Reckless driving.

10. Defendant Roque's conduct was malicious, willful, reckless or in wanton disregard of the rights and safety of others.

11. As a direct and proximate cause of Defendant Roque's negligence, Plaintiff J. Antonio Marquez Martinez sustained serious injuries and damages, including pain and suffering, mental anguish and distress, loss of enjoyment of life and loss of future earnings. Additionally, Plaintiff J. Antonio Marquez Martinez seeks relief for the injuries and damages pursuant to applicable laws.

#### COUNT II – NEGLIGENCE OF DEFENDANT ANGELES TRANSPORTATION

12. Plaintiff, J. Antonio Marquez Martinez, incorporates by reference each and every allegation contained in Paragraphs 1 through 11 of Plaintiff's Original Complaint set forth above as though fully set forth herein.

13. Defendant Roque was an employee of Defendant Angeles Transportation and was acting within the course and scope of that employment at the time of the accident. As such, Defendant Angeles Transportation is directly liable for the wrongful acts or omissions of Defendant Roque.

14. Under information and belief, Defendant Angeles Transportation LLC is engaged in the business of commercial transportation throughout the United States.

15. Defendant Angeles Transportation had a duty to exercise reasonable care in the management and operation of its commercial trucks.

16. Additionally, Defendant Angeles Transportation had an obligation to the public to hire, train, retain, and supervise safe and competent drivers, and is liable for any and all damages that resulted from the negligence in its hiring, training retaining, or supervision of its employees.

17. Defendant Angeles Transportation failed to exercise reasonable care in the management and operation of its commercial trucks, and failed to exercise reasonable care in the hiring, training supervising and/or retaining of its employees.

18. As a direct and proximate result of the aforementioned negligence and/or acts and omissions of the Defendant Angeles Transportation, Plaintiff, J. Antonio Marquez Martinez, suffered serious injuries requiring substantial costs and expenses; past, present and future loss of enjoyment of life; past, present and future emotional distress; past, present and future pain and suffering; past, present and future loss of household services; all in an amount not presently determinable, for which he seeks relief pursuant to applicable laws.

### COUNT III: NEGLIGENCE *PER SE*

19. The allegations alleged in paragraphs 1 - 18 are realleged and are incorporated herein by reference.

20. The following acts and/or omissions of Defendants constitute negligence *per se* by Defendants Angeles Transportation and Roque, jointly and severally, by and through their agents, servants and/or employees acting in the course and scope of employment:

   a. violation of § 392.2 – "Applicable Operating Rules";

   b. violation of § 66-8-113 – "Reckless Driving" and

   c. violation of § 66-7-3 NMSA – "Required obedience to traffic laws".

21. The unexcused violation of an administrative regulation or statute or ordinance established to define a reasonably prudent person's standard of care is negligence *per se.*

### COUNT IV.  LEGAL DAMAGES AND RECOVERIES TO COMPENSATE PLAINTIFF

22. At the time of his injuries, Plaintiff, J. Antonio Marquez Martinez, was in reasonably good health with a normal life expectancy.

23. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has suffered and will continue to suffer a tremendous loss of life and family.  Plaintiff seeks all just and right remedies at law and in equity, including but not limited to:

   A. Reasonable medical care and expenses in the past.

   B. Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future.

    C.    Loss of earnings in the past.

    D.    Loss of earnings and earning capacity, which will, in all probability, be incurred in the future.

    E.    Mental anguish in the past.

    F.    Mental anguish in the future, which will in all probability, be incurred in the future.

    G.    Pecuniary loss in the past.

    H.    Pecuniary loss in the future, which will in all probability, be incurred in the future.

    I.    And all other legal damages and just and right compensation as allowed both in law and in equity.

24.    All losses, harm, and legal damages suffered by Plaintiff were caused by, and proximately caused by, Defendants' negligent acts and/or omissions (some of which are listed herein). For all such claims and losses, Plaintiff now sues.

25.    Plaintiff, J. Antonio Marquez Martinez requests monetary damages and punitive damages against the Defendants in amounts to be fixed by the trier of fact to be just and reasonable, for pre and post-judgment interest, for court costs and for all other appropriate relief.

## JURY DEMAND

26.    Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff and against Defendant, jointly and severally, for compensatory damages in an amount within the jurisdictional limits of the Court; for

exemplary damages, as addressed to each Defendant; for all pre-judgment and post-judgment interest as allowed by law and equity; for all costs of court; and for such other and further relief to which the Plaintiff may be entitled at law or in equity.

        Respectfully submitted,

        */s/ Gregory L. Gowan*
        Gregory L. Gowan
        Federal ID No. 19991
        Texas Bar No. 00765384
        **GOWAN ELIZONDO, LLP**
        555 N. Carancahua, Ste 1400
        Corpus Christi, Texas 78401
        Telephone: 361.651.1000
        Facsimile: 361.651.1001
        ggowan@gelawfirm.com